UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **2:25-cv-05234-DOC-ACCV** | Date: | June 5, 2026 |
|---|---|---|---|

Title:   ***Samuel Lopez v. Wright***

Present: The Honorable   Angela C. C. Viramontes, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE RE: FAILURE TO COMPLY WITH COURT'S CASE MANAGEMENT ORDER AND STRIKING PLAINTIFF'S LETTER [DOCKET No. [23]]**

On January 12, 2026, the Court issued its Scheduling and Case Management Order ("CMO") and, in pertinent part, ordered the parties to file their status report by May 12, 2026. (Electronic Case Filing Number ("ECF No.") 17, CMO at 2.)  Defendant Wright ("Defendant") timely filed a status report.  (ECF No. 22, Def.'s Status Report.)  Plaintiff Samuel Lopez ("Plaintiff"), however, has not filed his status report and instead filed a letter to the Judge on June 3, 2026. (ECF No. 23.)  The letter lacks information required by the CMO and appears to be an *ex parte* communication with the Court that does not clearly indicate what relief or Court action Plaintiff seeks.  Plaintiff provides narratives in his letter which is violation of Local Rule 83-2.5, which requires that all requests be submitted through appropriate motions or applications. *See* L.R. 83-2.5 (prohibiting attorneys or parties "from writing letters to the judge, sending e-mail messages to the judge, making telephone calls to chambers, or otherwise communicating with a judge in a pending matter unless opposing counsel is present.").

Accordingly, Plaintiff's instant Letter is **HEREBY STRICKEN** from the record. Furthermore, Plaintiff is **ORDERED TO SHOW CAUSE** by **June 25, 2026**, why this case should not be dismissed for failure to prosecute or file a status report.  Plaintiff can satisfy this order by filing his status report or requesting an extension of time to do so by the deadline stated above.

---

Plaintiff is warned that because the deadline to file a status report has already passed, extensions of time to do so will be granted very sparingly, only for good cause shown, and if requested by the deadline stated above.  Any future letters that violate the Local Rules may be automatically stricken without further order from the Court.


**IT IS SO ORDERED.**