JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL LOPEZ,<br>Plaintiff,<br>v.<br>WRIGHT,<br>Defendant. | Case No. 2:25-cv-05234-DOC-ACCV<br>**JUDGMENT** |

Pursuant to the Order Dismissing the Complaint, IT IS HEREBY ADJUDGED that the case is DISMISSED without prejudice.

DATED: July 23, 2026

David O. Carter

HONORABLE DAVID O. CARTER
United States District Judge